NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINALD HILL,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD**
*Respondent.*

---

2012-3093

---

Petition for Review of the Merit Systems Protection Board in case no. AT1221110409-W-1.

---

## ON MOTION

---

## ORDER

The Department of Veterans Affairs moves to recaption to designate the Merit Systems Protection Board (Board) as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Hill's petition for lack of jurisdiction.

Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.  The Board's responsive brief is due within 21 days of the date of filing of this order.

FOR THE COURT

**MAY 22 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Reginald Hill
     Armando Rodriguez-Feo, Esq.
     Calvin Morrow, Esq. (informal brief enclosed)
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2012

JAN HORBALY
CLERK